AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DARRIN S. BRODBECK,**

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL SHEETS, WARDEN,**       **CASE NO.  C2-10-466**
                                              **JUDGE EDMUND A. SARGUS, JR.**
      Respondent.         **MAGISTRATE JUDGE NORAH MCCANN KING**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION AND ORDER filed December 14, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: December 14, 2011                             JAMES BONINI, CLERK

                                                                            */S/ Andy F. Quisumbing*
                                                                           (By) Andy F. Quisumbing
                                                                           Courtroom Deputy Clerk